IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED |
| v. | Case No.: 22-mj-145 |
| MICHAEL A. YAKER, | |
| Defendant. | |

---

COMPLAINT FOR VIOLATION OF TITLE 18,
UNITED STATES CODE, SECTION 875(c)

---

| | |
|---|---|
| BEFORE United States Magistrate Judge<br>Stephen L. Crocker | United States District Court<br>120 North Henry Street<br>Madison, Wisconsin 53703 |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about October 27, 2022, in the Western District of Wisconsin and elsewhere, the defendant,

MICHAEL A. YAKER,

transmitted in interstate commerce communications containing threats to injure the person of another. Specifically, YAKER sent emails threatening to harm Wisconsin Governor Tony Evers.

(In violation of Title 18, United Stated Code, Section 875(c)).

### COUNT 2

On or about October 27, 2022, in the Western District of Wisconsin and elsewhere, the defendant,

MICHAEL A. YAKER,

transmitted in interstate commerce communications containing threats to injure the person of another. Specifically, YAKER posted Facebook messages threatening to harm Wisconsin Governor Tony Evers.

(In violation of Title 18, United Stated Code, Section 875(c)).

This complaint is based on the attached affidavit of TIMOTHY BLANKE.

TIMOTHY BLANKE
Detective,
Dane County Sheriff's Office

Sworn to telephonically this 4TH day of NOVEMBER.

HONORABLE STEPHEN L. CROCKER