STATE OF WISCONSIN )
) ss.
COUNTY OF DANE )

I, Timothy Blanke, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am currently employed as a detective for the Dane County Sheriff's Office. I have been employed as a law enforcement officer for the past 18 years. I have previously served as a Deputy Sheriff in the Security Services Division and as Contract Deputy in the Patrol Bureau of the Field Services Division. Over the past 18 years, I have received and attended basic law enforcement training and have attended numerous specialized law enforcement-type courses and schools sponsored by the Wisconsin Department of Justice, the Northcentral Counterdrug Training Center, Wisconsin Office of Justice Assistance, Madison Area Technical College, and the US Department of Justice, as well as various professional law enforcement organizations relating to the investigation of a wide range of criminal activity.

2.    The facts in this affidavit come from my training and experience, as well as my personal participation in this investigation via reports prepared by, and information obtained from, representatives from other government agencies, all of whom I believe to be truthful and reliable. This affidavit does not contain every fact I know about this investigation and is merely intended to show probable cause that MICHAEL YAKER committed violations of Title 18, United States Code, Section 875(c).

3. Title 18, United States Code, Section 875(c) makes it a crime to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

4. MICHAEL YAKER is known to me as a person of interest in numerous threats investigations dating back to approximately 2010 when YAKER believed he would be receiving the contract to build a park shelter at Scheidegger County Park. YAKER did not receive the contract and has had disputes with various elected and appointed county officials since. YAKER has frequently made phone calls threatening various elected officials, sent threatening emails, posted various threats to social media, and disrupted other official functions.

5. I have reviewed a report submitted by Wisconsin State Capitol Police Officer Ted Schwarz. Officer Schwarz reported he was on duty and acting in his official capacity on October 27, 2022. On that date, he was communicated with the Correspondence Manager for the Office of Wisconsin Governor Tony Evers.

6. The correspondence manager reported receiving an email from the account writeinchiefbadaxe@gmail.com. I am familiar with this account and have used it to correspond with YAKER for several months. The correspondence manager provided a copy of the email to Officer Schwarz. The content of the email was "Mother Nature*** Tony is a Dead Man Walking ?????? ???? Marked For Elimination My Pronouns Are Lakota War Chief I Will Destroy The State of WI Prepare to Die Ahokay Hey."

7.  Officer Schwarz reported he sent an email to writeinchiefbadaxe@gmail.com on October 27, 2022, at 4:45 p.m. stating: "Hello, My name is Officer Schwarz with the State Capitol Police Department. I received a call from the Governor's Office regarding a concerning email you sent today. The email contains the following. Please contact me as soon as you can as I want you to clarify your email."

8.  Officer Schwarz reported he received a reply on October 27, 2022 at 10:22 p.m. stating "I Speak For The More Than Human World I'd like to have my hands around his throat....I'd like to bash his head against A Concrete Wall Till The Concrete Turns to Dust...I'd Like to have his Blood On My Hands I'd like to See His Blood Drain Down The Gutter I'd Like Have to have shares of his skull in my Medicine Bag Is That Clear enough For You Ted!?!?" The email also contained YAKER's home address of ▇▇▇▇▇▇▇▇ in the Village of Windsor, County of Dane, State of Wisconsin.

9.  The Wisconsin Department of Justice provided me with copies of Facebook posts made by "Michael Yaker." The messages, which were posted on October 27, 2022, say, "Dead Man Walking," "My Purpose My Passion Is To Destroy The State of WI Ahoka Hey It's A Good Day to Die," and "Tony Evers Is a Marked Man . . . Marked For Elimination . . . Dead Man Walking . . . Prepare to Die."

10. I have viewed the publicly available portions of YAKER's Facebook page. On October 27, 2022, he posted a video of a Halloween parade. I am familiar with YAKER's voice and heard him narrate the video. YAKER can be heard stating "I guess there's a Halloween parade today in Syracuse, Kansas. I'm still sittin here with my truck

in front of the school. I guess they're having a parade." Based on this post, I believe that YAKER was in or near Kansas at the time he sent the communications described above.

11. I know based on my training and experience that Gmail emails and Facebook posts are transmitted in interstate commerce.

_____
Detective Timothy Blanke
Dane County Sheriff's Office

Telephonically sworn before me this 4th day of November 2022.

_____
Honorable STEPHEN L. CROCKER
United States Magistrate Judge